Deziel v Difco Laboratories, Inc (Bahu v Chrysler Corporation, MacKenzie v General Motors Corporation). (Docket Nos. 54825, 54879, 55072.) These appeals are hereby ordered resubmitted for decision with oral arguments to be scheduled at a future session of the Court when the parties have completed the filing of their briefs on resubmission. The time for filing such briefs pursuant to GCR 1963, 857 shall commence to run from the date of this order. *Kelman,*

*Loria, Downing & Schneider* for plaintiff-appellant Mary Deziel. *Le-Vasseur, Werner, Mitseff & Brown* for defendants-appellees Difco Laboratories, Inc and Michigan Mutual Liability Company. *Kelman, Loria, Downing & Schneider* for plaintiff-appellant Yusuf Bahu. *Lacey & Jones* for defendant-appellee Chrysler Corporation. *Levine & Benjamin, P. C.,* for plaintiff-appellant Harold K. MacKenzie. *Plunkett, Cooney, Rutt & Peacock* for defendant-appellee General Motors Corporation. Reported below: 48 Mich App 175.